**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01494-CR

### TROY CRAWFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-59387**

## ORDER

Appellant's July 1, 2014 second motion to extend the time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **July 11, 2014**.


/s/    LANA MYERS
       JUSTICE